UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** 1/5/18        **Time:** See Below        **Judge:** SUSAN ILLSTON

**Case No.**: 88-cr-00021-SI-1    **Case Name:** U.S. v. PEYTON ERWIN EIDSON (c)(p)

RELATED TO: 88-cr-00168 SI

and 17-cr-0490 SI

Attorney for Govt.: Frank Riebli
Attorney for Defendant: Erick Guzman

**Deputy Clerk:** Tracy Kasamoto         **Court Reporter:** Katherine Sullivan
**Interpreter:** n/a                      **Probation Officer:** n/a

### PROCEEDINGS

1) Status  - HELD as to 88-cr-168 (1 minute)
2) Change of Plea - HELD as to 88-cr-21 and 17-cr-490   (12 minutes per case for 24 total minutes)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN PART
(  ) SUBMITTED

Case continued to   **4/27/18@  11:00 a.m.**   for Status as to  88-cr-168

Case continued to   **4/27/18 @ 11:00 a.m.**   for  Sentence as to 88-cr-21 and 17-cr-490

### SUMMARY

The parties filed a written plea agreement in open court.
The defendant plead guilty to Count 2 of the Indictment filed in 88-cr-21-SI. (probation referral made)
The defendant plead guilty to Count 5 of the Indictment filed in 17-cr-490 SI.  (probation referral made)
No plea agreement in 88-cr-168 SI.