ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **PEYTON EIDSON**, <br><br> Defendant. | CASE NO'S. CR-88-0021-SI; CR-88-0168-SI; CR-17-0490-SI <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** <br><br> Current Date: April 27, 2018 at 11:00 A.M. <br> Proposed Date: May 11, 2018 at 11:00 A.M. |

A sentencing hearing in this case is currently scheduled for April 27, 2018. However, due to medical reasons, Mr. Eidson is unable to go forward with sentencing today. For these reasons, the parties are requesting that this hearing be rescheduled to May 11, 2018.

DATED: April 27, 2018            Respectfully submitted,


By

/s/
Erick L. Guzman
Attorney for Peyton Eidson


        /s/
Frank Riebli
Assistant United States Attorney

**[PROPOSED ORDER]**

The hearing currently scheduled for April 27, 2018 is rescheduled for May 11, 2018.

**IT IS SO ORDERED.**

Dated: _____

HON. SUSAN ILLSTON
United States District Judge